IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Edgar, Inc.,

Plaintiff,

v.

Marshalls of MA, Inc. and The TJX Companies, Inc.,

Defendants.

Civil Action No. 04-CV-542 - ML

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and a confidential settlement agreement entered into by and among the parties to this lawsuit (which settlement agreement is not being filed with the Court), the parties hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in this lawsuit. Each party shall bear its own attorneys' fees and costs incurred in this lawsuit.

Respectfully submitted,

Michael H. Feldhuhn, Esq.
56 Pine Street, Suite 200
Providence, RI 02903
Phone: (401) 331-6600
7-15-05
Attorney for Plaintiff,
Edgar, Inc.

Darlene K. Alt, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903
Phone: (401) 274-9200

Larry C. Jones, Esq.
ALSTON & BIRD LLP
101 S. Tryon St., Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1019

Attorneys for Defendants,
Marshalls of MA, Inc. and The TJX Companies, Inc.

Enter:
Mary M. Lisi USDJ 7/18/05